ORIGINAL

FILED

02/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0039

_____

TRENT LELL,

      Petitioner,

v.

                                    ORDER

JAMES SALMONSEN,

      Respondent.

_____

Trent Lell seeks relief from his persistent felony offender (PFO) sentence through a petition he has entitled, "Petition for Equal Protection of the Law." Lell premises his argument on an order this Court issued in another case, stating, "If Godfrey in OP 13-0258 was entitled to have his original 10 year PFO term increased to a 60 year PFO term then I, Trent Lell, am also entitled to have my original 15 year PFO sentence increased to a 90 year PFO term." He cites to caselaw holding that equal protection of the law must be afforded to individuals who are similarly situated. Although Lell's seeming request for a longer sentence is confusing, we construe his petition as one for a writ of habeas corpus.

Montana's statute for habeas corpus relief provides that a court may inquire into the cause of restraint or incarceration to determine its legality. Section 46-22-101(1), MCA. This Court has held that "an individual incarcerated pursuant to a facially invalid sentence—for example, a sentence which either exceeds the statutory maximum for the crime charged or which violates the constitutional right to be free from double jeopardy— [has] the ability to challenge its legality." *Lott v. State*, 2006 MT 279, ¶ 22, 334 Mont. 270, 150 P.3d 337. We granted habeas relief in *Godfrey* and remanded for resentencing to correct the court's erroneous imposition of a consecutive PFO sentence, relying on our prior determination that "[s]entences imposed based on an offender's status as a persistent felony offender *replace* the sentence for the underlying felony." *Godfrey v. Kirkegard*,

OP 13-0258 (Or. July 7, 2013) (quoting *State* v. *Gunderson*, 2010 MT 166, ¶ 54, 357 Mont. 142, 237 P.3d 74).

Lell, however, offers no factual basis for his sparse argument. Lell has not included a copy of the judgment he challenges or provided any information about his conviction and sentence. As such, he cannot meet his burden on habeas corpus to demonstrate a facially invalid sentence.

IT IS THEREFORE ORDERED that Lell's Petition for Equal Protection of the Law is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Trent Lell personally.

DATED this ___8___ day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2